# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

GLORIA GATSON,

    Plaintiff,

v.                                                Case No. 3:07cv443/LAC/MD

ERNIE LEE MAGAHA, in his official capacity as
ESCAMBIA COUNTY CLERK OF COURT,

    Defendant.
_____/

## ORDER OF DISMISSAL

    The parties have informed the Court that this case has been settled. Therefore, this case is DISMISSED from the active docket of the Court. In the event that the settlement is not consummated, the Court reserves the power, upon motion filed by any party within sixty (60) days of the date of this order, to amend or vacate and set aside this order of dismissal and reinstate this case.

    **ORDERED** on this 13th day of March, 2009.

                                                      s/ *L.A. Collier*
                                                      Lacey A. Collier
                                              Senior United States District Judge